Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Mark C Harper
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

(SH3) Massachusettes State Police organization
(3313) Ma state Police officer Booth
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
)
)
) Jury Trial: (check one) ☑ Yes ☐ No
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mark C Harper
Street Address: 144 Charlame St
City and County: Boston, Suffolk County
State and Zip Code: Massachusettes 02119
Telephone Number: 857-271-8469
E-mail Address: marcris_marhop@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name     Massachusettes State Police
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code     Massachusettes
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name     officer Booth (3313) badge #
    Job or Title *(if known)*     Ma state Police officer
    Street Address
    City and County
    State and Zip Code     Massachusettes
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Ma state police officer Booth denied me my right to travel violating me the right to Life, Liberty, and the pursuit of happiness. See attached document

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* Ma State Police organization. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* Ma State Police , is incorporated under
the laws of the State of *(name)* Ma , and has its
principal place of business in the State of *(name)* Ma .
Or is incorporated under the laws of *(foreign nation)* USA ,
and has its principal place of business in *(name)* Ma .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy $250,000

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Ma, State police officer Booth violated my Constitutional Rights denying me freedom to travel and carjacked me of my vehicle while causing me to have a heart attack while racial profiling therefore I'm begging the courts to award me $250,000 for pain

III. **Statement of Claim** and sufferring -

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02-20-2017

Signature of Plaintiff: Mark C Harper
Printed Name of Plaintiff: Mark C Harper

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III. Statement of Claim

Plaintiff: Mark C. Harper 144 charlame St Boston, Ma 02119

Defendant: Massachusettes state Police Organization 470 Worcester Road Framingham, Ma 01702

Defendant: Massachusettes state Police office Booth (3213) Badge Number 470 Worcester Road Framingham, Ma 01702

Massachusettes state Police officer Booth violated my civil rights denying me the freedom to travel and racial profiling leading up to me having a heart attack.

1. Ma state Police officer Booth (3213) Racial Profile me violating my human rights.

2. Ma state Police officer Booth denied my right Freedom to travel and carjacked me for my vehicle illegally and unlawfully which led me to have a heart attack.

3. I am seeking $250,000 in damages and i want officer Booth to stop violating people human rights and ultimately Fired.



On 02-02-17 I Mark Harper was traveling freely in my own property on Highway I 95 North minding my own business, not having committed a crime nor causing an accident nor was i speeding because I had my cruise control on 45 mph I observe Ma State Police officer Booth drive past me looking over at me drive as i was going Northbound on I 95 going to Boston Medical Center as i was having severe chest pain and i observe office Booth pull over and stopped in the far right median and i continued driving then approximately a mile ahead I saw a flashing light in my rear view mirror and i looked around to see if their was a Emergency which it was not so i pulled over to the right median at about 8:15 a m Officer Booth walked to the passenger side of my S.U.V i cracked my passenger window and asked officer Booth what was the Emergency and he stated their is not an Emergency and i asked why are your lights on and why are you pulling me over he ask for my license and registration and i ask him, am i suspected of a crime? he stated not yet and at that point i got really scared and my chest pain increased, so i asked officer

Booth am i being arrested or Detained he said NO, and i stated that i need to get to Boston Medical center i'm having severe chest pains then he told me to step out of my own property and i stated you have NO reason for harassing me i haven't committed a crime or hurt anyone then he stood in front of my vehicle and talked on his radio and called his seargeant and he walk up and ordered me out my vehicle so i cracked my window and handed officer Booth my license and he ran my name while i was sitting in my property weasing from shortness of breath while i was having a heart attack, a tow truck pulled over and officer Booth and his supervisor was ordering me out my property for no apparent cause at all I was not going to get out of my property (vehicle) but then they started talking aggressive threatening to throw me in jail so i stepped out my property and told the seargeant I haven't committed a crime and that you're violating my civil right to travel, and officer Booth told me that I wasn't going to jail and that i haven't committed a crime, but he ordered me give the tow truck drive my keys, i refused

Then he told the tow truck driver to just dragged my property on the truck so i gave the driver my keys and i told the officer i need to get to BMC Hospital he told me the tow truck driver would get me their, so i got in the tow truck as i was helpless and powerles while my car was being jacked and the tow driver dropped me at the shell gas station on exit 3A 123 East and as i walked toward the gas station i fell to the ground, at that point i call the Attleboro police about my carjacking and they stated nothing they could do so i ask them to send a ambulance because i was having very severe chest pains so they sent a ambulance they gave me nitro and rushed me to Sturdy Memorial Hospital in Attleboro where they gave me dilaufin, took tubes of blood from me and diagnoised me with a heart attack i have the paperwork to prove and as of today 02-21-17 my property is still seized sitting in a pound while i need it to find employment, so i conclude that officer Booth racial profiled me because instead of pulling over people that was speeding he pulled me over who was not doing anything wrong he drove past me initially



Saw my race and decided to pull me over harassing me and carjacking me, I felt violated now i know how rape victims feel he carjacked me and there was nothing i could do about it, i felt so hopeless and now my property i paid my hard earned money for has been taken from me fo no reason at all, i wasn't given a ticket nor charged for a crime but i'm left without my vehicle and my life is miserable, I pray the Courts feel my pain and reward me what i deserve because i didn't deserve being harassed and Robbed and life in a chamble, I filed a complaint with the Massachusettes State Police and officer Booth has been placed under Internal affairs Investigation.

Mark Harper
2-21-17